UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Petitioner,

                                    No. 1:10-mc-109

v

                                    HON. GORDON J QUIST

MICHIGAN DEPARTMENT OF COMMUNITY
HEALTH,
                                    MAG. U.S. DISTRICT JUDGE

      Respondent.

_____

John C. Bruha (P24211)
Attorney for Petitioner
P.O. Box 208
Grand Rapids, MI  49501-0208
(616) 456-2404

_____

Joshua S. Smith (P63349)
Attorney for Respondent
Michigan Department of Attorney General
Health, Education & Family Services Division
P.O. Box 30758
Lansing, MI  48909
(517) 373-7700
_____/

**MICHIGAN DEPARTMENT OF COMMUNITY HEALTH
MEMORANDUM OF LAW IN REPLY TO THE UNITED STATES' PETITION TO
ENFORCE DRUG ADMINISTRATION SUBPOENA**

      On November 4, 2008, the voters of Michigan passed the Michigan Medical Marihuana

Act (Act), Initiated Law 1 of 2008, MCL 333.26421, *et seq*., which became effective on

December 4, 2008.  The MMA allows a qualifying patient[1] with a debilitating medical disorder[2],

_____

[1] A "Qualifying patient" is a person diagnosed by a physician as having a debilitating medical
disorder. MCL 333.26423(h).
[2] As defined in MCL 333.26423(a), (1), (2), and (3).

to use[3] medical marihuana after obtaining a registry identification card from the Michigan

Department of Community Health (DCH).[4]  The MMA also allows a primary caregiver to assist

a qualifying patient in using the marihuana after obtaining a registry identification from the

MDCH.  MCL 333.26423(g).

The Act contains confidentiality provisions, stating "Applications and supporting

information submitted by qualifying patients, including information regarding their primary

caregivers and physicians, are confidential."  MCL 333.26426(h)(1).  Disclosing confidential

information is a misdemeanor offense, punishable by up to 6 months imprisonment or a fine of

up to $1,000.00.  MCL 333.26426(h)(4).

On June 6, 2010, The United States Drug Enforcement Administration (DEA) served a

subpoena on the Michigan Department of Community Health (DCH).  Because the Act specifies

a misdemeanor offense for violating the confidentiality provisions, DCH requested a valid court

order before it could provide the information requested in the subpoena.  DCH apprised the DEA

of the situation and the DEA sought a court order, through the Unites States Attorney, in this

Court.  Pursuant to the Supremacy Clause of the U.S. Constitution, DCH understands it must

comply with a valid court order to provide the requested information and that DCH, its

employees and agents will be immunized from liability for providing information that is

confidential under MCL 333.26426(h).  *In re Grand Jury Subpoena,* 198 F. Supp. 2d. 1113, 1117

(D. Alaska 2002); *In re Grand Jury Matter,* 762 F. Supp. 333, 336 (S.D. Fla. 1991).

---

[3] "Medical use," is defined as the acquisition, possession, cultivation, manufacture, use , internal possession, delivery, transfer, or transportation of marihuana or paraphernalia relating to the administration of marihuana to treat or alleviate a registered qualifying patient's debilitating medical condition or symptoms associated with the debilitating medical condition. MCL 333.26423(e).

[4] DCH created a website for the Michigan Medical Marihuana Program (MMMP), which may be found at:  http://www.michigan.gov/mdch/0,1607,7-132-27417_51869---,00.html.

Accordingly, DCH will comply with a valid order from this Court requiring DCH to comply with

the DEA subpoena.  The order should also make clear that, pursuant to the Supremacy Clause of

the U.S. Constitution, DCH, its employees and agents will be immunized from liability for

providing information that is confidential under MCL 333.26426(h).

        Respectfully submitted,

        Bill Schuette
        Attorney General


        /s/ Joshua S. Smith (P63349)
        Assistant Attorney General
        P.O. Box 30758
        Lansing, MI  48909
        (517) 373-7700
        SmithJ46@michigan.gov

Date: January 5, 2011