UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

        Petitioner,

v.

MICHIGAN DEPARTMENT OF
COMMUNITY HEALTH,

        Respondent.

                                              /

Case No. 1:10-mc-109

Hon. Hugh W. Brenneman, Jr.

## JUDGMENT

In accordance with the Opinion entered this date;

The "Petition to enforce Drug Enforcement Administration Subpoena" (docket no. 1) is **GRANTED**, except as to those subpoenaed records pertaining to the targeted individual whose records are currently in the agency's possession. The motion is **DENIED** as to the records of this person. The subpoena shall be complied with without further delay. Petitioner shall furnish to the court, under seal, all seven names listed in the subpoena, and identify that person as to which the motion has been denied. The Motion to Intervene (docket no. 7) is **DENIED,** the motions to file amicus curiae briefs (docket nos.10, 12) are **DENIED,** and the case is hereby **CLOSED.**

**ORDERED and ADJUDGED** this 3rd day of June, 2011.

        /s/ Hugh W. Brenneman, Jr.
        HUGH W. BRENNEMAN, JR.
        United States Magistrate Judge